1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant GIBSON

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. CR 14-217–JD
                                    )
11         Plaintiff,                )
                                    )   STIPULATED REQUEST TO CONTINUE
                                    )   AND EXCLUDE TIME UNDER THE
12      v.                           )   SPEEDY TRIAL ACT; [~~PROPOSED~~]
                                    )   ORDER
13 IRA GIBSON,                       )
                                    )
14         Defendant.                )
                                    )
15 _____  )

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

19 DETENTION HEARING date of April 21, 2014 presently scheduled at 9:30 a.m., before the

20 Honorable Kandis A. Westmore, be vacated and re-set for April 23, 2014 at 9:30 a.m. The

21 parties further stipulate that time between the date of this stipulation and April 23, 2014 be

22 excluded because the ends of justice served by the granting of the continuance outweigh the

23 best interests of the public and the defendant in a speedy and public trial. 18 U.S.C.

24 § 3161(h)(7)(A) and (B)(iv). The government's motion for detention is pending, providing an

25 independent basis for exclusion of time under 18 U.S.C. § 3161(h)(1)(D).

26      The reason for this request is the need for additional time to allow both defense counsel

1 and the Pretrial Services Office an opportunity to conduct further investigation. Pretrial
2 Services Officer Timothy Elder joins in this request. Thus, the continuance is necessary to
3 accommodate counsel and Pretrial Services preparation efforts.
4
5
6 Date   4/18/14                                   /s/
                                                   John Paul Reichmuth
7                                                  Assistant Federal Public Defender
                                                   Counsel for defendant GIBSON
8
9
10
11                                                 /s/
12 Date   4/18/14                                  Deborah Douglas
                                                   Assistant United States Attorney
13
14
15     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature
16 (/S/) within this efiled document.          /S/ John Paul Reichmuth
                                               Counsel for Defendant Gibson
17
18
19
20
21
22
23
24
25
26

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel and Pretrial Services preparation. The government's motion for detention remains pending and provides an independent basis for exclusion of time. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to April 23, 2014 at 9:30 a.m., and that time be excluded from the date of this Order until April 23, 2014 pursuant to 18 U.S.C. §§3161(h) (1)(D), (7)(A) and (B)(iv).

IT IS SO ORDERED.

4/18/14
Date

*Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

3